UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

MAR 21 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Petitioner
vs.

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

Respondent(s)

CASE NUMBER: 2:08 CV 574 LEW KJM

I, CEARIACO CABRELLIS, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:   ☒ Yes   ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. OLD FOLSOM STATE PRISON

   **Have the institution fill out the Certificate portion of this application.**

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes" state the amount of your pay.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment        ☐ Yes   ☒ No

   b. Rent payments, interest or dividends                  ☐ Yes   ☒ No

   c. Pensions, annuities or life insurance payments        ☐ Yes   ☒ No

   d. Disability or workers compensation payments           ☐ Yes   ☒ No

   e. Gifts or inheritances                                 ☐ Yes   ☒ No

   f. Any other sources                                     ☐ Yes   ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.hab (rev. 7/02)

4. Do you have cash or checking or savings accounts?  ☐ Yes  ☒ No

If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

If "Yes" describe the property and state its value. _____

6. Do you have any other assets?   ☐ Yes   ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

NATHAN FRENCH; SON

GEARIACO CARELLIS V; SON

ANAIYAN CARELLIS; DAUGHTER

DUE TO INCARCERATION, I CONTRIBUTE ZERO DOLLARS TO THEIR SUPPORT.

I declare under penalty of perjury that the above information is true and correct.

3-11-08
DATE

_____
SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 7.78 on account to his/her credit at Folsom State Prison (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ 27.89. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ 0.

3/12/08
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

ifpform.hab (rev. 7/02)

```
REPORT ID: TS3030  .701                              REPORT DATE: 03/12/08
                                                     PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                      CALIFORNIA STATE PRISON FOLSOM
                      INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 12, 2008

ACCOUNT NUMBER : V63705                 BED/CELL NUMBER: B2SAT100000021L
ACCOUNT NAME   : CABRELLIS, CEARIACO    ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION    COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------    -------    ---------   --------   -----------   -------

09/01/2007    BEGINNING BALANCE                                               167.34

10/24  W536  COPAY CHARGE   702062                                 5.00       162.34
10/30  W415  CASH WITHDRAW  702145 FV  220052569                 143.01        19.33
11/26 *DD34  EFT DEPOSIT O  MR4813JPAY              13.50                      32.83
12/05  D201  FAMILY VISIT   MR4872 FAM             140.00                     172.83
12/05  W501  SHIPPING CHAR  702814                                 6.72       166.11
12/05  W501  SHIPPING CHAR  702814                                 4.99       161.12
12/05  W501  SHIPPING CHAR  702814                                 6.94       154.18


                           CURRENT HOLDS IN EFFECT

  DATE        HOLD
 PLACED       CODE        DESCRIPTION            COMMENT       HOLD AMOUNT
----------    ----    -------------------      ----------      -----------
10/30/2007    H113    FAMILY VISITING          702145 FAM            6.40
12/05/2007    H113    FAMILY VISITING          MR4872 FAM          140.00


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/11/04                  CASE NUMBER: *144018B
COUNTY CODE:   *ALA                       FINE AMOUNT: $      442.00

  DATE       TRANS.    DESCRIPTION                TRANS. AMT.     BALANCE
--------     ------    -----------                -----------     -------

09/01/2007   BEGINNING BALANCE                                     412.00

11/26/07     DR34      REST DED-EFT DEPOSIT          15.00-        397.00
```

```
REPORT ID: TS3030  .701                              REPORT DATE: 03/12/08
                                                     PAGE NO:         2
                    CALIFORNIA STATE PRISON FOLSOM
                    INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 12, 2008

ACCT: V63705        ACCT NAME: CABRELLIS, CEARIACO        ACCT TYPE: I

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                             TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL        TOTAL         CURRENT       HOLDS       TRANSACTIONS
BALANCE       DEPOSITS     WITHDRAWALS   BALANCE       BALANCE     TO BE POSTED
---------     --------     -----------   -------       -------     ------------
 167.34        153.50        166.66       154.18       146.40           0.00


                                                              CURRENT
                                                              AVAILABLE
                                                              BALANCE
                                                              ---------
                                                                 7.78
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST: 3/12/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE