IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEARIACO CABRELLIS,

     Petitioner,                   No. CIV S-08-0574 LEW KJM P

     vs.

M.C. KRAMER, et al.,

     Respondents.                <u>ORDER</u>

_____/

     Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     The application attacks a conviction issued by the Alameda County Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Alameda County. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

     Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

DATED: April 1, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
cabr0574.108