## U.S. District Court
## Eastern District of California – Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:08−cv−00574−LEW−KJM

(HC) Cabrellis v. Kramer et al  
Assigned to: Senior Judge Ronald S.W. Lew  
Referred to: Magistrate Judge Kimberly J. Mueller  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/13/2008  
Date Terminated: 04/01/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Ceariaco Cabrellis**   represented by   **Ceariaco Cabrellis**  
V−63705  
FOLSOM STATE PRISON (950)  
PO Box 950  
Represa, CA 95671  
PRO SE

V.

**Respondent**

**M. C. Kramer**

**Respondent**

**Attorney General of the State of California**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2008 | "1 | PETITION for WRIT of HABEAS CORPUS by Ceariaco Cabrellis. (Attachments: #1 Part 2 of 2)(Dillon, M) (Entered: 03/14/2008) |
| 03/14/2008 | "2 | PRISONER NEW CASE DOCUMENTS ISSUED; (Attachments: #1 Consent Forms) (Dillon, M) (Entered: 03/14/2008) |
| 03/14/2008 | " | SERVICE BY MAIL: 2 Prisoner New Case Documents for LEW served on Ceariaco Cabrellis. (Dillon, M) (Entered: 03/14/2008) |
| 03/21/2008 | "3 | APPLICATION to Proceed In Forma Pauperis by Ceariaco Cabrellis. (Mena−Sanchez, L) (Entered: 03/24/2008) |
| 04/01/2008 | "4 | ORDER, CASE TRANSFERRED to the Northern District of California signed by Magistrate Judge Kimberly J. Mueller on 4/1/08. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Yin, K) (Entered: 04/01/2008) |
| 04/01/2008 | " | SERVICE BY MAIL: 4 Order, Case Transferred Out to Another District served on Ceariaco Cabrellis. (Yin, K) (Entered: 04/01/2008) |