FILED

08 MAY -7 PM 12: 57

[CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

May 1, 2008

U.S. District Court
Northern District Of California
450 Golden Gate Ave.
San Francisco, CA 94102-3483

**Case Name: Cabrellis v M.C. Kramer**

**Case Number: C08-1785 JSW**

**RE: Clarification Regarding Letter From Court**

Dear Clerk

Enclosed is a copy of a letter I received from the court. I would like to provide the court with some information that will probably cure/explain the deficiencies mentioned in the enclosed letter.

When I initially filed my petition in the Eastern District, a certified copy of my prison trust account transaction for the past six months did not accompany my in forma pauperis application and writ petition. By the time prison officials provided me with a copy of my prison trust account statement and my mailing it to the Eastern District, my writ and IFP application was transferred to this court (Northern District), absent the prison trust account statement.

If the clerk would be courteous enough to have the clerk of the Eastern District to forward the certified prison trust account statement to the Northern District, it would be greatly appreciated.

Sincerely,

*[signature]*
Ceariaco Cabrellis

## PROOF OF SERVICE BY MAIL

I Cabrellis, Ceariaco, AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.
  MY PRISON NUMBER IS: V63705
  MY PRISON ADDRESS IS; **P.O. BOX 950, Folsom, Ca. 95763**

  ON 5-1-, 2008, I SERVED A COPY OF THE FOLLOWING DOCUMENT:
Clarification Regarding Letter From Court

  ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

U.S. District Court
Northern District of CA
450 Golden Gate Ave.
San Francisco, CA 94102-3483

  THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

  I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

  EXECUTED 5-1-, 2008, AT FOLSOM, CALIFORNIA..

Ceariaco Cabrellis
&lt;signature here &gt;