CEARIACO CABRELLIS-V63705
F.S.P.
P.O. BOX 950
FOLSOM, CA 95763

IN PRO PER

FILED
08 JUN 10 PM 12: 40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF CALIFORNIA

IN Re CABRELLIS
    PETITIONER,

VS

M.C. KRAMER, WARDEN
    RESPONDENT.     /

CASE NO. C 08-1785 JSW (PR)

PETITIONER'S EX PARTE APPLICATION FOR AND MOTION FOR A COURT ORDER TO CORRECT ORDER TO SHOW CAUSE

TO THE HONORABLE JUDGE OF THE ABOVE ENTITLED COURT:

**Please Take Notice,** that petitioner hereby moves for an application to have the order to show cause amended to correctly reflect those offense(s) petitioner was convicted of, and the misspelling of petitioner's first name as it appears in the caption of the order to show cause.

Dated: 6-8-08

*Ceariaco Cabrellis*
Ceariaco Cabrellis

**MOTION FOR A COURT ORDER TO CORRECT ORDER TO SHOW CAUSE**

This Court forwarded petitioner an order to show cause filed on May 13, 2008. On pg.1; lines 24-25, the Court states the petitioner was convicted murder. This is obviously an mistakes by the court, for the trial record clearly proves that petitioner did not obtain

1

1 | a murder conviction. Also, in the caption portion of the order to
2 | show cause, petitioner's first name is missing the letter "A" after
3 | the letter "E". The correct spelling should be:CEARIACO.
4 | Petitioner cordially request that the Court make the corrections
5 | addressed above, and forward appellant a copy thereof.
6 | Dated: 6-8-08                    *Ceariaco Cabrellis*
                                         Ceariaco Cabrellis

# PROOF OF SERVICE BY MAIL

I CEARIACO CABRELLIS, AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.

MY PRISON NUMBER IS: V63705

MY PRISON ADDRESS IS; **P.O. BOX 950, Folsom, Ca. 95763**

ON 6-8-, 2008, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

PETITIONER'S EX PARTE APPLICATION FOR AND MOTION FOR A COURT ORDER TO CORRECT ORDER TO SHOW CAUSE

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

US DISTRICT COURT
NOTHERN DISTRICT OF CA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED 6-8-, 2008, AT FOLSOM, CALIFORNIA..

*Ceariaco Cabrellis*
&lt;signature here&gt;