FILED
JUN 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEARIACO CABRELLIS,<br><br>　　　　Petitioner,<br><br>vs.<br><br>M.C. KRAMER, Warden,<br><br>　　　　Respondent. | No. C 08-1785 JSW (PR)<br><br>**ORDER AMENDING MAY 13, 2008 ORDER TO SHOW CAUSE**<br><br>(Docket No. 9) |

Petitioner, a prisoner of the State of California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging his state court conviction. On May 13, 2008, the Court ordered Respondent to show cause why the petition should not be granted. The May 13, 2008 Order to Show Cause is hereby AMENDED as follows:

1. In the caption of the order, Petitioner's first name in the caption is changed from "Ceriaco" to Ceariaco."

2. The word "murder" is deleted from page 1, line 24.

This order terminates Docket No. 9.

IT IS SO ORDERED.

DATED: JUN 25 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEARIACO CABRELLIS,<br><br>       Plaintiff,<br><br>v.<br><br>M.C. KRAMER et al,<br><br>       Defendant. | Case Number: CV08-01785 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ceariaco Cabrellis V-63705
FOLSOM STATE PRISON (950)
PO Box 950
Represa, CA 95671

Dated: June 25, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk