1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | CATHERINE A. RIVLIN, State Bar No. 115210
Supervising Deputy Attorney General
6 |  455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
7 |  Telephone:  (415) 703-5977
 Fax:  (415) 703-1234
8 |  Email:  Catherine.Rivlin@doj.ca.gov
Attorneys for Respondent

9

10

IN THE UNITED STATES DISTRICT COURT

11

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13

**CERIACO CABRELLIS,**                                          C 08-1785 JSW (PR)

14

                                                    Petitioner,   **APPLICATION FOR**
15                                                                **ENLARGEMENT OF TIME**
                                                                  **TO FILE ANSWER OR**
16                   **v.**                                       **RESPONSIVE MOTION**

       **M.C. KRAMER, Warden,**
17

18                                                  Respondent.

19        For the reasons stated in the accompanying declaration of counsel, respondent hereby

20 requests a 30-day enlargement of time until August 11, 2008, within which to answer the petition

21 for writ of habeas corpus in this case or file any other appropriate motion.  As explained in the

22 declaration, counsel for respondent has obtained the state court appellate record and is in the process

23 of acquiring the remaining state court record for lodging, but has been burdened by earlier-assigned

24 cases.  A stipulation has not been sought because petitioner is an incarcerated state prisoner who is

25 representing himself.

26 ///

27 ///

28 ///

Application for Enlargement of Time                    *Ceriaco Cabrellis v. M.S. Kramer,* Warden
                                                                  C 08-1785 JSW (PR)

1

1    WHEREFORE, respondent respectfully requests that this Court grant an extension of time

2  to and including  August 11, 2008, in which to file the answer.

3        Dated:  July 4, 2008

4                              Respectfully submitted,

5                              EDMUND G. BROWN JR.
                              Attorney General of the State of California

6                              DANE R. GILLETTE
                              Chief Assistant Attorney General

7                              GERALD A. ENGLER
                              Senior Assistant Attorney General

8
                              PEGGY S. RUFFRA

9                              Supervising Deputy Attorney General

10

11                             /s/ Catherine A. Rivlin

12                             _____
                              CATHERINE A. RIVLIN

13                             Supervising Deputy Attorney General
                              Attorneys for Respondent

14

15
    Cabrellisfheotreq.wpd

16  SF2008401721

17

18

19

20

21

22

23

24

25

26

27

28

Application for Enlargement of Time                    *Ceriaco Cabrellis v. M.S. Kramer, Warden*
                                                       C 08-1785 JSW (PR)

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:  *Ceriaco Cabrellis v. M.C. Kramer,Warden*          No.:  **C 08-1785 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 7, 2008</u>, I served the attached:

**1.  APPLICATION FOR ENLARGEMENT OF TIME TO
FILE ANSWER OR RESPONSIVE MOTION**;
**2.  DECLARATION COUNSEL IN SUPPORT OF SUPPORT OF
APPLICATION FOR ENLARGEMENT OF TIME; and 3.  ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Ceriaco Cabrellis
SPN# V-63705
Folsom State Prison (950)
P.O. Box 950
Represa, CA 95671

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 7, 2008, at San Francisco, California.

|                     |                       |
|---------------------|-----------------------|
| J. Espinosa         | /s/  J. Espinosa      |
| Declarant           | Signature             |

cabrellisfheotpos.wpd
SF2008401721

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  CATHERINE A. RIVLIN, State Bar No. 115210
   Supervising Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5977
    Fax:  (415) 703-1234
8   Email:  Catherine.Rivlin@doj.ca.gov
   Attorneys for Respondent
9
                IN THE UNITED STATES DISTRICT COURT
10
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12

13  **CERIACO CABRELLIS,**                     C 08-1785 JSW (PR)

14                            Petitioner,      **DECLARATION OF COUNSEL IN**
                                               **SUPPORT OF APPLICATION FOR**
15          v.                                 **ENLARGEMENT OF TIME**

16  **M. C. KRAMER, Warden,**

17                            Respondent.

18

19       I, Catherine A. Rivlin, declare under penalty of perjury as follows:

20       I am the California Supervising Deputy Attorney General assigned to handle the above-

21  encaptioned case.  I have obtained the appellate file and requested additional state records.  I was

22  the responsible deputy on the direct appeal and thus have familiarity with the case, issues, and facts.

23  However the press of earlier assigned and emergency reassignment cases has prevented my devoting

24  substantial attention to this case to date.   In the most recent 30 days, while I have been acquiring

25  the record, I have completed respondent's briefs In the past 30 days, I have filed the respondent's

26  briefs in *People v. Hembree*, A119415, *People v. Simmons*, A119241, and *People v. Heredia*,

27  H032271, a supplemental brief in *People v. Kelly*, A117360, a return on order to show cause

28  in *Barnhard v. Superior Court*, 942272-6, an informal opposition in *In re Sepulveda*,

Decl. of Counsel in Supp. of Appl. for Enl. of Time          *Ceriaco Cabrellis v. M.C. Kramer, Warden*
                                                                        C 08-1785 JSW (PR)
                                    1

1  H032822, a review petition in *People v. Soria*, S164796, and a detailed motion in a capital

2  case in preparation for evidentiary hearing, *In re Welch*, 070855-2.  I am currently working

3  on briefs in *People v. Parker*, A117498, and *Joseph v. Kane*, 07-15224, which were delayed

4  by a recent power outage.  In addition to a full caseload, I manage a team of eleven attorneys

5  and paralegals and critically review/edit every pleading they file.  I have not attempted to

6  contact petitioner, who is representing himself in this proceeding, because he is incarcerated in state

7  prison and cannot be conveniently reached.

8         I declare under penalty of perjury of the laws of the State of California and the United

9  States of America that the foregoing is true and correct.  Executed at San Francisco, California on

10 July 4, 2008.

11

12                          Respectfully submitted,

13                          EDMUND G. BROWN JR.
                            Attorney General of the State of California

14                          DANE R. GILLETTE
                            Chief Assistant Attorney General

15                          GERALD A. ENGLER
                            Senior Assistant Attorney General

16                          PEGGY S. RUFFRA
                            Supervising Deputy Attorney General

17

18

19                          /s/ Catherine A. Rivlin

20                          _____
                            CATHERINE A. RIVLIN

21                          Supervising Deputy Attorney General
                            Attorneys for Respondent

22

23
    cabrellisfheotdec.wpd
24  SF2008401721

25

26

27

28

Decl. of Counsel in Supp. of Appl. for Enl. of Time          *Ceriaco Cabrellis v. M.C. Kramer, Warden*
                                                             C 08-1785 JSW (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *Ceriaco Cabrellis v. M.C. Kramer, Warden*          No.: **C 08-1785 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 7, 2008, I served the attached:

**1.  APPLICATION FOR ENLARGEMENT OF TIME TO
FILE ANSWER OR RESPONSIVE MOTION**;
**2.  DECLARATION COUNSEL IN SUPPORT OF SUPPORT OF
APPLICATION FOR ENLARGEMENT OF TIME; and 3.  ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Ceriaco Cabrellis
SPN# V-63705
Folsom State Prison (950)
P.O. Box 950
Represa, CA 95671

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 7, 2008, at San Francisco, California.

|  |  |
|---|---|
| J. Espinosa | /s/  J. Espinosa |
| Declarant | Signature |

cabrellisfheotpos.wpd
SF2008401721

1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   **CERIACO CABRELLIS,**                         C 08-1785 JSW (PR)

11                                 Petitioner,      **ORDER**

12          **v.**

13   **M.C.  KRAMER, Warden,**

14                                 Respondent.

15

16          GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until August

17   11, 2008, to file an answer to, or responsive motion regarding, the petition for writ of habeas corpus.

18   Petitioner may file and serve a traverse, if any,  within thirty (30) days of his receipt of the answer.

19   He may file and serve an opposition or statement of non-opposition within thirty (30) days of his

20   receipt of a motion to dismiss, if any.

21      IT IS SO ORDERED.

22   DATED:  _____      _____
                                         JEFFREY S. WHITE
23                                       United States District Judge

24

25

26

27

28

[Proposed] Order                                *Ceriaco Cabrellis v. M.C. Kramer, Warden*
                                                 Case No. C 08-1785 JSW (PR)

1

### DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  *Ceriaco Cabrellis v. M.C. Kramer,Warden*          No.:  **C 08-1785 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 7, 2008</u>, I served the attached:

**1.  APPLICATION FOR ENLARGEMENT OF TIME TO
FILE ANSWER OR RESPONSIVE MOTION**;
**2.  DECLARATION COUNSEL IN SUPPORT OF SUPPORT OF
APPLICATION FOR ENLARGEMENT OF TIME; and 3.  ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Ceriaco Cabrellis
SPN# V-63705
Folsom State Prison (950)
P.O. Box 950
Represa, CA 95671

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 7, 2008, at San Francisco, California.

|                   |                          |
|-------------------|--------------------------|
| J. Espinosa       | /s/  J. Espinosa         |
| Declarant         | Signature                |

cabrellisfheotpos.wpd
SF2008401721