EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
CATHERINE A. RIVLIN, State Bar No. 115210
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5977
 Fax:  (415) 703-1234
 Email:  Catherine.Rivlin@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CERIACO CABRELLIS,**

       Petitioner,

  v.

**M.C. KRAMER, Warden,**

       Respondent.

C 08-1785 JSW (PR)

**APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR RESPONSIVE MOTION**

  For the reasons stated in the accompanying declaration of counsel, respondent hereby requests a 30-day enlargement of time until September 10, 2008, within which to answer the petition for writ of habeas corpus in this case or file any other appropriate motion.  As explained in the declaration, counsel for respondent has obtained the state court appellate record and most of the remaining state court record for lodging, but has been burdened by earlier-assigned cases.  A stipulation has not been sought because petitioner is an incarcerated state prisoner who is representing himself.

///

///

///

1     WHEREFORE, respondent respectfully requests that this Court grant an extension of time
2 to and including September 10, 2008, in which to file the answer.
3     Dated: August 7, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Catherine A. Rivlin
_____
CATHERINE A. RIVLIN
Supervising Deputy Attorney General
Attorneys for Respondent

Cabrellis.2EOT Appl.wpd
SF2008401721

Application for Enlargement of Time      *Ceriaco Cabrellis v. M.S. Kramer, Warden*
C 08-1785 JSW (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *Ceriaco Cabrellis v. M.C. Kramer, Warden*     No.: **C 08-1785 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 8, 2008</u>, I served the attached:

1. **APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR RESPONSIVE MOTION**;
2. **DECLARATION COUNSEL IN SUPPORT OF SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME; and 3. ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Ceriaco Cabrellis
SPN# V-63705
Folsom State Prison (950)
P.O. Box 950
Represa, CA 95671

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 8, 2008, at San Francisco, California.

|  J. Espinosa  | /s/ J. Espinosa |
|---|---|
| Declarant | Signature |

cabrellisfheot2pos.wpd
SF2008401721

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  CATHERINE A. RIVLIN, State Bar No. 115210
   Supervising Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5977
    Fax:  (415) 703-1234
8   Email:  Catherine.Rivlin@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CERIACO CABRELLIS,** | C 08-1785 JSW (PR) |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME** |
| v. | |
| **M. C. KRAMER, Warden,** | |
| Respondent. | |

I, Catherine A. Rivlin, declare under penalty of perjury as follows:

I am the California Supervising Deputy Attorney General assigned to handle the above-encaptioned case. I have obtained the appellate file and requested additional state records. I was the responsible deputy on the direct appeal and thus have familiarity with the case, issues, and facts. However the press of earlier assigned and emergency reassignment cases has prevented my devoting substantial attention to this case to date. In the most recent 30 days, I have been out of the office from July 4 through July 15, 2008, and filed respondent's (or appellee's) briefs in *People v. Parker*, A117498, and *Joseph v. Kane*, 07-15224. In addition to a full caseload, I manage a team of eleven attorneys and paralegals and critically review/edit every pleading they draft. I have not attempted to contact petitioner, who is representing himself in this proceeding, because he is incarcerated in

1  state prison and cannot be conveniently reached.

2      I declare under penalty of perjury of the laws of the State of California and the United
3  States of America that the foregoing is true and correct. Executed at San Francisco, California on
4  August 7, 2008.

5

6      Respectfully submitted,

7      EDMUND G. BROWN JR.
    Attorney General of the State of California

8      DANE R. GILLETTE
    Chief Assistant Attorney General

9

10     GERALD A. ENGLER
    Senior Assistant Attorney General

11     PEGGY S. RUFFRA
    Supervising Deputy Attorney General

12

13

14     /s/ Catherine A. Rivlin
    _____

15     CATHERINE A. RIVLIN
    Supervising Deputy Attorney General
    Attorneys for Respondent

16

17 cabrellisfheot2dec.wpd

18 SF2008401721

19

20

21

22

23

24

25

26

27

28

Decl. of Counsel in Supp. of Appl. for Enl. of Time      *Ceriaco Cabrellis v. M.C. Kramer, Warden*
    C 08-1785 JSW (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *Ceriaco Cabrellis v. M.C. Kramer, Warden*     No.: **C 08-1785 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 8, 2008</u>, I served the attached:

1. **APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR RESPONSIVE MOTION**;
2. **DECLARATION COUNSEL IN SUPPORT OF SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME; and 3. ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Ceriaco Cabrellis
SPN# V-63705
Folsom State Prison (950)
P.O. Box 950
Represa, CA 95671

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 8, 2008, at San Francisco, California.

| J. Espinosa | /s/ J. Espinosa |
|---|---|
| Declarant | Signature |

cabrellisfheot2pos.wpd
SF2008401721

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CERIACO CABRELLIS,** | C 08-1785 JSW (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **M.C. KRAMER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until September 10, 2008, to file an answer to, or responsive motion regarding, the petition for writ of habeas corpus. Petitioner may file and serve a traverse, if any, within thirty (30) days of his receipt of the answer. He may file and serve an opposition or statement of non-opposition within thirty (30) days of his receipt of a motion to dismiss, if any.

IT IS SO ORDERED.

DATED: _____    _____
JEFFREY S. WHITE
United States District Judge

[Proposed] Order    *Ceriaco Cabrellis v. M.C. Kramer, Warden*
Case No. C 08-1785 JSW (PR)

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *Ceriaco Cabrellis v. M.C. Kramer, Warden*   No.: **C 08-1785 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 8, 2008</u>, I served the attached:

1. **APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR RESPONSIVE MOTION**;
2. **DECLARATION COUNSEL IN SUPPORT OF SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME; and 3.  ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Ceriaco Cabrellis
SPN# V-63705
Folsom State Prison (950)
P.O. Box 950
Represa, CA 95671

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 8, 2008, at San Francisco, California.

| J. Espinosa | /s/ J. Espinosa |
|---|---|
| Declarant | Signature |

cabrellisfheot2pos.wpd
SF2008401721