FILED
AUG 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERIACO CABRELLIS,<br><br>                               Petitioner,<br><br>    v.<br><br>M.C. KRAMER, Warden,<br><br>                               Respondent. | C 08-1785 JSW (PR)<br><br>**ORDER**<br><br>(Docket No. 12) |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until September 10, 2008, to file an answer to, or responsive motion regarding, the petition for writ of habeas corpus. Petitioner may file and serve a traverse, if any, within thirty (30) days of his receipt of the answer. He may file and serve an opposition or statement of non-opposition within thirty (30) days of his receipt of a motion to dismiss, if any.

IT IS SO ORDERED.

DATED: AUG 22 2008

JEFFREY S. WHITE
United States District Judge

[Proposed] Order

*Ceriaco Cabrellis v. M.C. Kramer, Warden*
Case No. C 08-1785 JSW (PR)

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CEARIACO CABRELLIS,

    Plaintiff,

v.

M.C. KRAMER et al,

    Defendant.
    _____/

Case Number: CV08-01785 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Catherine Amy Rivlin
California Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Ceariaco Cabrellis V-63705
FOLSOM STATE PRISON (950)
PO Box 950
Represa, CA 95671

Dated: August 22, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk