1
2
3
4
5
6
7
8
9

**FILED**

OCT 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  **CERIACO CABRELLIS,**                          C 08-1785 JSW (PR)

11                                    Petitioner,    **ORDER**

12              v.                                    (docket no. 16)

13  **M.C. KRAMER, Warden,**

14                                   Respondent.

15

16          GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until

17  November 9, 2008, to file an answer to, or responsive motion regarding, the petition for writ of

18  habeas corpus. Petitioner may file and serve a traverse, if any, within thirty (30) days of his receipt

19  of the answer. He may file and serve an opposition or statement of non-opposition within thirty (30)

20  days of his receipt of a motion to dismiss, if any.

21          IT IS SO ORDERED.

22  DATED:  **OCT 2 2 2008**

JEFFREY S. WHITE
United States District Judge

23
24
25
26
27
28

[Proposed] Order

*Ceriaco Cabrellis v. M.C. Kramer, Warden*
*Case No. C 08-1785 JSW (PR)*

1

## UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

CEARIACO CABRELLIS,

Plaintiff,

v.

M.C. KRAMER et al,

Defendant.

_____/

Case Number: CV08-01785 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Catherine Amy Rivlin
California State Attorney General's Office
Criminal Appeals, Writs & Trials
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Ceariaco Cabrellis V-63705
FOLSOM STATE PRISON (950)
PO Box 950
Represa, CA 95671

Dated: October 22, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk